ORIGINAL

FILED
06 SEP -8 PM 1:55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /m/    DEPUTY

1  BERNARD G. SKOMAL
   ATTORNEY AT LAW
2  California State Bar Number 116239
   401 B. St. Suite 2215
3  San Diego, California  92101
   (619) 230-6500
4
   Attorney for Defendant
5

6           UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF CALIFORNIA
7

8  UNITED STATES OF AMERICA,      )   06cr0173-H
                                  )
9              Plaintiff,         )   **STIPULATION FOR**
                                  )   **CONTINUANCE OF SURRENDER**
10 v.                             )   **DATE**
                                  )
11 CHA, YOUNG HYUN,               )
                                  )
12             Defendant.         )
                                  )
13 _____  )

14     **IT IS HEREBY STIPULATED** between MATTHEW J. GARDNER, counsel
15 for the United States government, and BERNARD G. SKOMAL, counsel
16 for defendant YOUNG HYUN CHA, that the surrender for service of
17 sentence date currently set for Oct. 13, 2006 at 12:00 noon be
18 continued to Jan. 12, 2007 at 12:00 noon.

19     **IT IS SO STIPULATED.**
20 Dated: 9-8-2006

                                      /s/ Matthew J. Gardner
21                                    Matthew J. Gardner
                                      Assistant United
22                                    States Attorney

23 Dated: 9-7-06

                                      /s/ Bernard G. Skomal
24                                    Bernard G. Skomal
                                      Attorney for
25                                    Defendant

       **IT IS SO ORDERED.**
26
27 Dated: 9-7-06
                                      /s/ Marilyn L. Huff
                                      Hon. Marilyn L. Huff
                                      U.S. DISTRICT COURT JUDGE